STEPHEN DWORNIK et al., Appellants, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 22303.)

DELAWARE, LACKAWANNA & WESTERN R. R. Co., et al., Respondents.

Argued April 16, 1940; decided May 21, 1940.

*John J. Kane* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Thomas J. O'Donnell* and *William J. Driscoll* of counsel), for State of New York, respondent.

*Louis L. Babcock, Howard R. Sturtevant* and *Leonard W. Zingler* for the Delaware, Lackawanna & Western Railroad Co., et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.